IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WILLIAM D. TURNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-5208 |
| UNITED STATES DISTRICT COURT, | : | |
| EASTERN DISTRICT OF PENNSYLVANIA | : | |

## **ORDER**

AND NOW, this   30th   day of November, 2011:

1. The "Petition for Writ of Mandamus" (docket no. 1) is denied.

2. The Clerk of the Court shall mark this action as related to Civil Action No. 99-cv-3975; and

3. The Clerk of the Court shall close this matter.

A memorandum accompanies this order.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.